UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOVERNMENT ENPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and     **Docket No.: CV 11-5795**
GEICO CASUALTY CO.,

                       Plaintiff,
  -against-                                    **NOTICE OF APPEARANCE**

AVENUE I MEDICAL, P.C.,
RICARDO GALDAMEZ, M.D., et.al.,

                       Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Pinczewski & Shpelfogel, P.C. hereby appears as counsel for Defendant MARAT TSIRLIN, M.D., in the within captioned action, and Requests that copies of all papers to be served herein be served upon the undersigned at the address stated below.

Dated:      Brooklyn, New York
            February 3, 2012

                                                    **PINCZEWSKI & SHPELFOGEL, P.C.**

                                                    By: _____/S/_____
                                                    Benjamin M. Pinczewski, Esq.
                                                    Attorneys for Defendant
                                                    MARAT TSIRLIN, M.D.
                                                    2753 Coney Island Avenue, 2nd Floor
                                                    Brooklyn, New York 11235
                                                    (718) 891-8200

**TO:**   RIVKIN RADLER LLP
        Attorneys for Plaintiff
        Barry Levy
        926 RXR Plaza
        Uniondale, New York 11556-0926
        (516) 357-3000